The Honorable Jamal N. Whitehead

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **NO. 24-cr-00164-JNW** |
| ) | |
| **Plaintiff,** ) | |
| **v.** ) | **[PROPOSED]** |
| ) | |
| **ROBERT BELLAIR,** ) | **ORDER GRANTING** |
| ) | **DEFENDANT'S UNOPPOSED** |
| **Defendant.** ) | **MOTION TO CONTINUE** |
| ) | **SENTENCING** |
| ) | |

The Court has considered Defendant Robert Bellair's Unopposed Motion to Continue Sentencing. The Court finds good cause to grant the motion.

IT IS ORDERED that the motion is GRANTED. Sentencing is continued from June 11, 2026, to December 3, 2026, at a time to be set by the Court. All sentencing-related deadlines shall run from the new sentencing date unless otherwise ordered.

DATED this 3rd day of June 2026.

Jamal N. Whitehead
United States District Judge

PROPOSED ORDER
CONTINUING SENTENCING
U.S. v. Bellair 24-cr-00164-JNW
Page 1 of 1

CARNEY
GILLESPIE

600 First Ave, Suite LL08
Seattle, WA 98104
206.445.0220 MAIN
206.238.9987 FAX
carneygillespie.com